

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

**ORLANDO CHARLES GRIPPER,**

    Petitioner,

v.                                              Civil Action No. **3:18CV580**

**J. RAY ORMOND,**

    Respondent.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Gripper's Informal Opening Brief, liberally construed as an objection to the Report and Recommendation, (ECF No. 18), is OVERRULED;
2. The Report and Recommendation (ECF No. 17) is ACCEPTED and ADOPTED;
3. Gripper's Motion for Leave to Supplement (ECF No. 16.) is GRANTED;
4. Respondent's Motion to Dismiss (ECF No. 14) is GRANTED;
5. Gripper's § 2241 Petition (ECF No. 3) is DISMISSED WITHOUT PREJUDICE; and,
6. Gripper's claims and the action are DISMISSED.

Should Gripper desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Gripper and counsel of record.

It is SO ORDERED.

                                                                /s/ M. Hannah Lauck
                                                                United States District Judge

Date: **JAN 1 4 2020**
Richmond, Virginia